

**In the Supreme Court of the State of Montana**
No. DA 19-0613

_____

STATE OF MONTANA,

*Plaintiff and Appellee,*

v.

RYAN MORRIS and TROY NELSON,

*Defendants and Appellants.*

## ORDER

Upon consideration of *Amicus Curiae* ACLU of Montana Foundation, Inc.'s Motion for Leave to Participate as *Amicus Curiae*, it is hereby **ORDERED** that the Motion is hereby **GRANTED**. *Amicus Curiae* ACLU of Montana Foundation, Inc. shall file its brief on October 5, 2020.

**SO ORDERED** _____ day of _____, 2020.

_____

_____

_____

_____

_____

_____

_____

3

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 23 2020